STATE OF MINNESOTA

IN SUPREME COURT

A15-0740



FILED

December 8, 2015

OFFICE OF
APPELLATE COURTS

In Re Petition for Disciplinary Action against
Steven L. Handevidt, a Minnesota Attorney,
Registration No. 004037X.

O R D E R

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action alleging that respondent Steven L. Handevidt has committed professional misconduct warranting public discipline—namely, failing to timely resolve title issues in a client-related matter and failing to cooperate with the disciplinary process. *See* Minn. R. Prof. Conduct 1.3, 8.1(b); Rule 25, Rules on Lawyers Professional Responsibility (RLPR). On June 12, 2015, the court deemed the allegations in the petition admitted after respondent did not file an answer, *see* Rule 13(b), RLPR, and directed the parties to file briefs on the appropriate discipline to be imposed. The court scheduled oral argument in the case for December 1, 2015.

On November 25, 2015, the parties notified the court that they had entered into a stipulation for discipline. In the stipulation, respondent waives the procedural rights provided by Rule 14, RLPR, and unconditionally admits the allegations in the petition. The parties jointly recommend that the appropriate discipline is a 30-day suspension followed by 2 years of unsupervised probation.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Steven L. Handevidt is suspended from the practice of law, effective 14 days from the date of this order, for a minimum of 30 days;

2. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals);

3. Respondent shall pay $900 in costs and disbursements pursuant to Rule 24(a), RLPR;

4. Respondent shall be eligible for reinstatement following the expiration of the suspension period provided that, at least 15 days before the expiration of the suspension period, respondent files with the Clerk of Appellate Courts and serves upon the Director an affidavit establishing that he is current with continuing legal education requirements, has fully complied with Rules 24 and 26, RLPR, and has complied with any other conditions for reinstatement imposed by the court.

5. Upon reinstatement to the practice of law, respondent shall be subject to 2 years' probation, subject to the following conditions:

(a) Respondent shall cooperate fully with the Director's Office in its efforts to monitor compliance with this probation and promptly respond to the Director's correspondence by the due date. Respondent shall provide to the Director a current mailing address and shall immediately notify the Director of any change of address. Respondent shall cooperate with the Director's investigation of any allegations of unprofessional conduct which may come to the Director's attention. Upon the Director's request,

respondent shall provide authorization for release of information and documentation to verify compliance with the terms of this probation;

(b)     Respondent shall abide by the Minnesota Rules of Professional Conduct; and

(c)     Respondent shall initiate and maintain office procedures which ensure that there are prompt responses to correspondence, telephone calls, and other important communications from clients, courts, and other persons interested in matters which respondent is handling, and which will ensure that respondent regularly reviews each and every file and completes legal matters on a timely basis.

6.     Within 1 year of the date of this order, respondent shall file with the Clerk of Appellate Courts and serve upon the Director proof of successful completion of the professional responsibility portion of the state bar examination. Failure to timely file the required documentation shall result in automatic re-suspension, as provided in Rule 18(e)(3), RLPR.

Dated:  December 8, 2015                    BY THE COURT:

David R. Stras
Associate Justice